JOHN S. ZIOBRO
Telquist ● Ziobro ● McMillen, PLLC
1333 Columbia Park Trail, Suite 110
Richland WA 99352
Phone: (509)737-8500
Facsimile: (509)737-9500

Attorney for Plaintiffs

HONORABLE JUDGE SHEA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Northwest Ag Products,<br><br>        Plaintiffs,<br><br>vs.<br><br>City of Pasco, municipal corporation of the State of Washington,<br><br>        Defendants. | Cause No.: CV-09-05095-EFS<br><br>Franklin County Cause No.:<br>08-2-50526-2<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## I.     STIPULATION

Northwest Ag Products and the City of Pasco, by and through their attorneys of record, hereby stipulate as follows:

1. A settlement agreement and release has been entered into by the parties.

2. In exchange for the settlement and release, Northwest Ag Products agrees to dismiss this lawsuit with prejudice.

3. Both parties agree that they will pay their respective attorney fees and costs associated with this litigation and with Franklin County Cause No. 08-2-50526-2.

Agreed this 31ST day of August, 2010

**Stipulated Order of Dimissal**
**Page 1 of 2**

TELQUIST●ZIOBRO ● MCMILLEN, PLLC
1333 Columbia Park Trail, Suite 110
Richland, Washington 99352
PH: 509.737.8500
FAX: 509.737.9500

/s/ Mr. John S. Ziobro
Attorney at Law
Telquist Ziobro McMillen, PLLC
1333 Columbia Park Trail, Suite 110
Richland, WA 99352
**ziobro@tzmlaw.com**

/s/ Mr. Kenneth W. Harper
Menke Jackson Beyer Ehlis
& Harper, LLP
807 North 39th Avenue
Yakima, WA 98902
kharper@mjbe.com

## II.   ORDER

Bases upon the Stipulation entered herein, the Court hereby orders, adjudges, and decrees as follows:

1. The lawsuit is dismissed with prejudice and pending motions are denied as moot.

2. No costs are awarded to either party and this file shall be closed.

**DATED** this __31st__ day of August 2010.

s/ Edward F. Shea
_____
The Honorable Judge Shea

Presented by:

 /s/ Mr. John S. Ziobro
Attorney at Law
Telquist Ziobro McMillen, PLLC
1333 Columbia Park Trail, Suite 110
Richland, WA 99352
**ziobro@tzmlaw.com**

Agreed as to form:

/s/ Mr. Kenneth W. Harper
Menke Jackson Beyer Ehlis
& Harper, LLP
807 North 39th Avenue
Yakima, WA 98902
kharper@mjbe.com

**Stipulated Order of Dimissal**
**Page 2 of 2**

TELQUIST●ZIOBRO ● MCMILLEN, PLLC
1333 Columbia Park Trail, Suite 110
Richland, Washington  99352
PH:  509.737.8500
FAX:  509.737.9500